**Dismissed and Memorandum Opinion filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00373-CV

---

## JOHN EARL HALL, Appellant

## V.

## ELSIE MARTIN-SIMON, Appellee

---

### On Appeal from the County Civil Court at Law No. 3
### Harris County, Texas
### Trial Court Cause No. 915878

---

# M E M O R A N D U M   O P I N I O N

This appeal is from a final judgment signed April 15, 2013. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On August 15, 2013, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). Appellant has not provided this court with proof of payment for the record, and the record has not been filed.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Frost, Boyce, and Jamison.